THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ANTHONY RUSSO, Appellant.

*Crimes — murder in the first degree — judgment of conviction affirmed.*

(Argued June 6, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Kings County Court rendered March 5, 1928, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Albert Conway, Peter J. Brancato* and *Denis M. Hurley* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG and O'BRIEN, JJ. ANDREWS and LEHMAN, JJ., dissent upon the ground that the verdict is against the weight of evidence.